**Dupaco, Inc., Cross–Appellant.**

**Nos. 2010–1561, 2010–1562.**

United States Court of Appeals, Federal Circuit.

Oct. 31, 2011.

**ARRIS GROUP, INC., Plaintiff–Appellant,**

v.

**BRITISH TELECOMMUNICATIONS PLC, Defendant–Appellee.**

**No. 2011–1557.**

United States Court of Appeals, Federal Circuit.

Nov. 1, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).